Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. NAMESTKA, an individual; JENIFER D. NAMESTKA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company; CA SUPERSTORSES FOLSOM CHRYSLER JEEP DODGE, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00386-TLN-KJN<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY AND OBJECTION TO INITIAL PRETRIAL SCHEDULING ORDER** |

This Matter, having come before the Court on the Parties' Joint Motion to Modify and timely filed Objection to this Court's Initial Pretrial Scheduling Order, and, it Appearing, upon argument of the Parties' counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that the following Revised Pretrial Scheduling Order, with respect to the only the deadlines set forth therein, attached hereto as Exhibit A, will apply to this case in conjunction with all other orders contained in the Initial Pretrial Scheduling Order.

Enter this 14th day of April, 2020.

_____
Troy L. Nunley
United States District Judge

# EXHIBIT A

# REVISED SCHEDULE

| Matter | New Deadline |
|---|---|
| Parties' counsel Meet and Confer per FRCP Rule 26(f) | No later than June 22, 2020 |
| Parties' Initial Disclosures per FRCP Rule 26 | Within 14 days of new Rule 26 Conference |
| Discovery Cut-Off | December 15, 2020 |
| Expert Disclosure (Initial) | No later than 60 days after close of **new** fact discovery cut-off |
| Expert Disclosure (Rebuttal) | Served no later than 30 days after designation of experts |
| Dispositive Motions | Filed no later than 180 days after **new** fact discovery cut-off |
| Joint Notice of Trial Readiness | Filed 30 days after receipt of Court's Rulings Regarding Dispositive Motions or 120 days after close of **new** fact discovery cut-off |
| Supplemental Discovery (any supplemental disclosures and responses (including expert supplemental materials) | 30 days prior to dispositive motion hearing date |